IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY HARRIS,

    Plaintiff,

v.                          CASE NO. 4:16cv596-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

# ORDER DENYING LEAVE TO PROCEED
# *IN FORMA PAUPERIS* ON APPEAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for leave to proceed *in forma pauperis* on appeal is denied.

SO ORDERED on September 17, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge